| | |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | (7-90) CCG-I |

## IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
## FAYETTE COUNTY, ILLINOIS

FERIEW KIDANE,                                    )
                                                  )
                   Plaintiff,                     )     NO. 2019L11
                                                  )
         v.                                       )
                                                  )     **Sheriff Please Serve**
GARY DIXON and                                    )     K & B Transportation, Inc
K & B, TRANSPORTATION, INC,                       )     Brock Ackerman – Registered Agent
                                                  )     4700 Dakota Ave
                   Defendant.                     )     South Sioux City, Nebraska 68776

### SUMMONS

**To each defendant:**

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance with the office of the Fayette County Circuit Clerk at Fayette County Courthouse, 221 S 7th St, Vandalia, IL 62471 within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**To the officer:**

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, 11/12/2019 , 20____

_____
Kathleen Ann Emerick, Clerk of Court

Name: Kralovec, Jambois & Schwartz
Attorney for Plaintiff
Address: 60 W. Randolph Street, 4th Floor
City:     Chicago
Telephone: (312) 782-2525
ARDC. No.: 6320359

Date of service: _____, 20____

Exhibit A

FILED
Fayette Co Circuit Court
4th Judicial Circuit
Date: 11/12/2019 11:57 AM
Kathy Emerick

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

| | |
|---|---|
| FERIEW KIDANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2019L11 |
| ) | |
| GARY DIXON and ) | JURY TRIAL DEMANDED |
| K & B, TRANSPORTATION, INC, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

## COUNT I – GARY DIXON

### (Negligence)

NOW COMES the Plaintiff, FERIEW KIDANE, by and through his attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, GARY DIXON, states as follows:

1. That on and prior to December 6, 2017, Interstate Highway 70 was a public roadway in the County of Fayette, and State of Illinois, which ran in a general easterly and westerly direction.

2. That at the aforesaid time and place, the Plaintiff, FERIEW KIDANE, operated a commercial motor vehicle eastbound on Interstate Highway 70 with due caution for his own safety.

3. That at the aforesaid time and place, the Defendant, GARY DIXON, individually and as agent, servant and/or employee, whether actual or apparent of the Defendant K & B TRANSPORATION, INC, operated and controlled a commercial motor vehicle traveling eastbound on Interstate Highway 70 at approximately milepost 69.

Case 3:19-cv-01403-JPG   Document 1-2   Filed 12/31/19   Page 3 of 8   Page ID #11

Exhibit A

4. That the Defendant, GARY DIXON, failed to exercise due care as he looked down while driving at a speed of seventy miles per hour.

5. That at the aforesaid time and place, the Defendant, GARY DIXON, failed to reduce speed to avoid a collision with Plaintiff, FAIREW KIDANE.

6. That at the aforesaid time and place, the Plaintiff, FAIREW KIDANE, was operating his vehicle with due caution for his own safety when Defendant, GARY DIXON, struck the rear of his vehicle.

7. That at all times relevant hereto, it was the duty of the Defendant, GARY DIXON, individually and as agent, servant and/or employee, whether actual or apparent of the Defendant K & B TRASNPORTATION, INC, to exercise ordinary care and caution in the operation of the motor vehicle then under her operation and control.

8. That at the aforesaid time and place, the Defendant, GARY DIXON, was guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Negligently operated, maintained and controlled his motor vehicle;

   b. Operated his motor vehicle without keeping a proper and sufficient lookout;

   c. Operated, maintained, and controlled his motor vehicle so that the Plaintiff was injured;

   d. Failed to maintain proper control over the guidance, maintenance, and operation of said motor vehicle in light of the circumstances that existed at the time complained of herein;

   e. Failed to exercise due care to avoid a collision with a motor vehicle;

   f. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601;

   g. Failed to decrease speed to avoid a collision with the Plaintiff in violation of 625 ILCS 5/11-601;

  h. Failed to give audible warning with his horn when such warning was reasonably necessary to ensure safety in violation of 625 ILCS 5/11-1003.1;

  i. Was otherwise careless and/or negligent in the operation of her motor vehicle.

9. That as a direct and proximate result of one or more of the foregoing negligent and careless acts and/or omissions on the part of the Defendant, GARY DIXON, individually and as agent, servant and/or employee, whether actual or apparent of the Defendant K & B TRANSPORATION, INC, the Plaintiff, FAIREW KIDANE, suffered serious personal injuries; was required to seek extensive medical consultation and treatment; has expended great sums of money to be healed; and suffered great pain, anguish, and physical and mental suffering.

WHEREFORE the Plaintiff, FAIREW KIDANE, prays that this Court enter judgment in his favor and against the Defendant, GARY DIXON, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as herein above alleged.

## COUNT II – K & B TRANSPORTATION, INC

### (Negligence)

NOW COMES the Plaintiff, FERIEW KIDANE, by and through his attorneys, KRALOVEC, JAMBOIS & SCHWARTZ, and complaining of the Defendant, K & B TRANSPORTATION, INC, states as follows:

1-6. That the Plaintiff, FERIEW KIDANE, hereby re-alleges and incorporates paragraphs 1 through 6 of Count I of the Complaint as paragraphs 1 through 6 of this Count II as though fully set forth herein.

7. That at the aforesaid time and place, there existed a duty on the part of Defendant, K & B TRANSPORTATION, INC, individually and based on the actions of its agents, servants

and/or employees, whether actual or apparent, including, but not limited to, GARY DIXON, to possess and exercise ordinary care and caution in the maintenance, operation, guidance, and control of its motor vehicle so as to not cause injury or damage to the Plaintiff FERIEW KIDANE.

8. That at the aforesaid time and place, the Defendant, K & B TRANSPORATION, INC, was guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Negligently operated, maintained and controlled his motor vehicle;

   b. Operated his motor vehicle without keeping a proper and sufficient lookout;

   c. Operated, maintained, and controlled his motor vehicle so that the Plaintiff was injured;

   d. Failed to maintain proper control over the guidance, maintenance, and operation of said motor vehicle in light of the circumstances that existed at the time complained of herein;

   e. Failed to exercise due care to avoid a collision with a motor vehicle;

   f. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601;

   g. Failed to decrease speed to avoid a collision with the Plaintiff in violation of 625 ILCS 5/11-601;

   h. Failed to give audible warning with his horn when such warning was reasonably necessary to ensure safety in violation of 625 ILCS 5/11-1003.1;

   i. Was otherwise careless and/or negligent in the operation of her motor vehicle.

9. That as a direct and proximate result of one or more of the foregoing negligent and careless acts and/or omissions on the part of the Defendant, K & B TRANSPORTATION, INC, individually and based on the actions of its agents, servants and/or employees, whether actual or apparent, including, but not limited to, GARY DIXON, the Plaintiff, FERIEW KIDANE, suffered serious personal injuries; was required to seek extensive medical consultation and treatment; has

expended great sums of money to be healed; and suffered great pain, anguish, and physical and mental suffering.

WHEREFORE the Plaintiff, FERIEW KIDANE, prays that this Court enter judgment in his favor and against the Defendant, K & B TRANSPORTATION, INC, in such amount in excess of this Court's jurisdictional requisite as will fairly and adequately compensate the Plaintiff for her injuries, losses and damages as herein above alleged.

Respectfully Submitted,

_____
David A. Brody
*Attorney for the Plaintiff*

David A. Brody
Michael S. Shinsky
**KRALOVEC, JAMBOIS & SCHWARTZ**
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Ph: 312.782.2525
ARDC. No.: 6320359
ARDC. No.: 6275914
dbrody@kjs-law.com
mshinsky@kjs-law.com

Exhibit A

FILED
Fayette Co. Circuit Court
4th Judicial Circuit
Date: 11/12/2019 11:57 AM
Kathy Emerick

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

FERIEW KIDANE, )
 )
    Plaintiff, )
 )
vs. ) No. 2019L11
 )
GARY DIXON and )
K & B TRANSPORTATION, INC, )
 )
    Defendants. )

## JURY DEMAND

The undersigned hereby demands a trial by jury.

_____
Attorney for the Plaintiff


David A. Brody
Michael S. Shinsky
**KRALOVEC, JAMBOIS & SCHWARTZ**
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Ph: 312.782.2525
ARDC. No.: 6320359
ARDC. No.: 6275914
dbrody@kjs-law.com
mshinsky@kjs-law.com

6

Exhibit A

FILED
Fayette Co. Circuit Court
4th Judicial Circuit
Date: 11/12/2019 11:57 AM
Kathy Emerick

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, ILLINOIS

| | |
|---|---|
| FERIEW KIDANE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2019L11 |
| GARY DIXON and K & B TRANSPORATION, INC, | ) ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF DAMAGES
## SUPREME COURT RULE 222

The undersigned being first duly sworn upon oath, deposes and states that he is the attorney representing the Plaintiffs in the above entitled cause of action seeking money damages or collection of taxes and states that this cause of action does exceed $50,000.00.

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that, at this time, the statements set forth in this instrument are true and correct to the best of my knowledge, information and belief.

_____
David A. Brody
*Attorney for the Plaintiff*

David A. Brody
Michael S. Shinsky
**KRALOVEC, JAMBOIS & SCHWARTZ**
60 West Randolph Street, 4th Floor
Chicago, Illinois 60601
Ph: 312.782.2525
ARDC. No.: 6320359
ARDC. No.: 6275914
dbrody@kjs-law.com
mshinsky@kjs-law.com

7