UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FERIEW KIDANE,

    Plaintiff,

    v.

GARY DIXON and K&B TRANSPORTATION, INC.,

    Defendants.

Case No. 19-1403 JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc. 22). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 16, 2020

    *s/J. Phil Gilbert*
    UNITED STATES DISTRICT JUDGE